FISHER & PHILLIPS LLP
JEFFREY D. WINCHESTER, ESQ.
Nevada Bar No. 10279
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Facsimile:  (702) 252-7411
jwinchester@fisherphillips.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIVE VENTURES, INCORPORATED; and JUAN CAMILO YUNIS BOTERO,<br><br>              Plaintiffs,<br>       vs.<br><br>UNITED STATES DEPARTMENT OF STATE; ANTONY J. BLINKEN, UNITED STATES SECRETARY OF STATE; UNITED STATES EMBASSY IN COLOMBIA; PHILIP S. GOLDBERG, AMBASSADOR TO COLOMBIA: and NONIMMIGRANT VISA UNIT OF UNITED STATES EMBASSY IN COLOMBIA,<br><br>              Defendants. | Case No.: 2:22-cv-00832-JCM-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL PLAINTIFFS' CLAIMS** |

Plaintiffs LIVE VENTURES, INCORPORATED and JUAN CAMILO YUNIS BOTERO ("Plaintiffs") by and through their attorneys of record, the law firm of Fisher & Phillips LLP, hereby voluntarily dismisses without prejudice all claims against Defendants UNITED STATES DEPARTMENT OF STATE; ANTONY J. BLINKEN, UNITED STATES SECRETARY OF STATE; UNITED STATES EMBASSY IN COLOMBIA; PHILIP S. GOLDBERG, AMBASSADOR TO COLOMBIA: and

NONIMMIGRANT VISA UNIT OF UNITED STATES EMBASSY IN COLOMBIA ("Defendants"). Plaintiffs file this Notice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, which provides that Plaintiff may dismiss an action without a Court Order when Defendant has not yet filed an answer.

DATED this 29th day of July, 2022.

FISHER & PHILLIPS, LLP

  /s/ Jeffrey D. Winchester
Jeffrey D. Winchester, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
*Attorneys for Plaintiff*

- 2 –
FP 44758593.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2022, I caused to be served a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL ITHOUT PRJEUDICE OF ALL PLAINTIFF'S CLAIMS to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action.

/s/ Susan A. Owens
An employee of Fisher Phillips LLP

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 44758593.1

- 3 –